Carlos A. ALFORD, Plaintiff–
Appellant,

v.

Ray MABUS, Secretary of the Navy; W. Dean Phieffer, Chairman Board of Corrections; Robert D. Zsalman, Acting Executive Director, Defendants–Appellees.

No. 15–1712.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 30, 2015.

Decided: Nov. 18, 2015.

Carlos A. Alford, Appellant Pro Se. Robert Francisco Ramirez, Assistant United States Attorney, Raleigh, North Carolina, for Appellees.

Before SHEDD, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos A. Alford appeals the district court's order dismissing this action for want of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Alford v. Mabus,* No. 7:14–cv–00195–D, 2015 WL 3885730 (E.D.N.C. June 23, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*